**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.D., A MINOR : No. 738 MAL 2019
:
:
PETITION OF: S.D. & B.D., ADOPTIVE : Petition for Allowance of Appeal
PARENTS : from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.